UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MELINDA FINAN, ROBERT QUINN,  )
and K.Q. a minor,              )
                               )
            Plaintiffs,        )
                               )
v.                             )      **JUDGMENT**
                               )
                               )      No. 5:19-CV-12-FL
                               )
CHILD PROTECTIVE SERVICES and  )
G. LAMBRE,                     )
                               )
            Defendants.        )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 5, 2019, that this case is dismissed without prejudice for failure to prosecute.

**This Judgment Filed and Entered on April 5, 2019, and Copies To:**
Melinda Finan/Robert Quinn (Via U.S. Mail) to 1204 Manor Haven Ct., Fayetteville, NC 28304

April 5, 2019              PETER A. MOORE, JR., CLERK

                               /s/ Susan W. Tripp
                              (By) Susan W. Tripp, Deputy Clerk